UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 0:23−CV−00026−PJS−JFD

Ana L. Dionicio, et al.,

      Plaintiffs,

vs.

U.S. Bancorp, et al.,

      Defendants.

To: U.S. Bancorp's Benefits Administration Committee

## AFFIDAVIT OF PERSONAL SERVICE

State of Minnesota    )
                                  ) SS
County of Hennepin    )

I, Charles Odin, being first duly sworn on oath, state that I am at least 18 years of age and not a party to this action, and that on January 09, 2023, at 10:13 a.m., I served a true and correct copy of a SUMMONS IN A CIVIL ACTION; and CLASS ACTION COMPLAINT, upon U.S. Bancorp's Benefits Administration Committee, to the registered agent; CT Corporation System, Inc. located at 1010 Dale St. N., St. Paul, MN, 55117 by handing to and leaving with intake specialist, Bob Gustafson personally, a true and correct copy of each document thereof.
.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: _____01/09/2023_____

                                                    Charles Odin
                                                    Expedited Process Serving
                                                    1324 Hillsboro Ave NO

Golden Valley, MN 55427
(320) 292-6004
info@expeditedps.com