UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANA L. DIONICIO and ALEJANDRO M. WESAW, individually, and as a representative of a Class of Participants and Beneficiaries of the U.S. Bank 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP,<br><br>and<br><br>BOARD OF DIRECTORS OF U.S. BANCORP,<br><br>and<br><br>U.S. BANCORP'S BENEFITS ADMINISTRATION COMMITTEE AND U.S. BANCORP'S INVESTMENT COMMITTEE,<br><br>Defendants. | Case No.: 0:23-cv-00026-PJS-JFD<br>Honorable Patrick J. Schiltz<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel J. Supalla and Maria S. Agostihno Campbell shall appear as counsel of record for Defendants U.S. Bancorp, Board of Directors of U.S. Bancorp, and U.S. Bancorp's Benefits Administration Committee and U.S. Bancorp's Investment Committee in the above-referenced matter.

|  |  |
|---|---|
| | NILAN JOHNSON LEWIS PA |
| Dated: January 25, 2023 | By: s/ Daniel J. Supalla <br> Daniel J. Supalla (#0387064) <br> Maria S. Agostihno Campbell (#0401778) <br> 250 Marquette Avenue South, Suite 800 <br> Minneapolis, MN 55401 <br> Telephone: 612-305-7500 <br> Fax: 612-305-7501 <br> dsupalla@nilanjohnson.com <br> MACampbell@nilanjohnson.com |

**ATTORNEYS FOR DEFENDANTS**

4880-0277-3053