IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANA L. DIONICIO and ALEJANDRO M. WESAW, individually, and as a representative of a Class of Participants and Beneficiaries of the U.S. Bank 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bancorp, the Board of Directors of U.S. Bancorp, and U.S. Bancorp's Benefits Administration Committee and U.S. Bancorp's Investment Committee,<br><br>Defendants. | Case No. 0:23-cv-00026-PJS-JFD |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, Defendants U.S. Bancorp, the U.S. Bancorp Board of Directors, U.S. Bancorp's Benefits Administration Committee, and U.S. Bancorp's Investment Committee (together, "Defendants" or "U.S. Bank"), by and through their undersigned counsel, hereby move to dismiss Plaintiffs' Complaint (ECF No. 1) in its entirety and with prejudice for failure to state a claim upon which relief may be granted.  In support of this Motion, Defendants submit the accompanying Memorandum of Law and related exhibits.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request the Court grant such Motion and dismiss the Complaint in its entirety and with prejudice.

Date: March 15, 2023 /s/ *Melissa D. Hill*
Melissa D. Hill (pro hac vice)
Christopher Diffee (pro hac vice)
William Engelhart (pro hac vice)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212-309-6000
212-309-6001 (fax)
melissa.hill@morganlewis.com
christopher.diffee@morganlewis.com
william.engelhart@morganlewis.com

Daniel J. Supalla (#0387064)
Maria S. Agostinho Campbell (#0401778)
Nilan Johnson Lewis PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
612-305-7500
612-305-7501 (fax)
dsupalla@nilanjohnson.com
MACampbell@nilanjohnson.com

*Attorneys for Defendants*