IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANA L. DIONICIO and ALEJANDRO M. WESAW, individually, and as a representative of a Class of Participants and Beneficiaries of the U.S. Bank 401(k) Savings Plan,

Plaintiffs,

v.

U.S. Bancorp, the Board of Directors of U.S. Bancorp, and U.S. Bancorp's Benefits Administration Committee and U.S. Bancorp's Investment Committee,

Defendants.

Case No. 0:23-cv-00026-PJS-JFD

**DECLARATION OF MELISSA D. HILL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Melissa D. Hill, declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys of record for U.S. Bancorp, the Board of Directors of U.S. Bancorp, and U.S. Bancorp's Benefits Administration Committee and U.S. Bancorp's Investment Committee ("Defendants" or "U.S. Bank"). I am an attorney in good standing admitted to practice in the State of New York, and I have been admitted to appear *pro hac vice* before this Court. In my capacity as an attorney with responsibility for the management of this litigation, I have personal knowledge of the factual information stated in this declaration except as otherwise indicated.

2. Attached as **Exhibit 1** is a true and correct copy of the fee disclosure issued to participants of the U.S. Bank 401(k) Savings Plan ("Plan") dated April 28, 2022, which is a statutorily-required communication made available to all participants of the Plan. *See* 29 C.F.R. § 2550.404a-5. Paragraphs 48, 54, 56, 72, 122, 126, and 127 of Plaintiffs' First Amended Complaint (ECF No. 28) ("FAC") cite information from this participant fee disclosure.

3. Attached as **Exhibit 2** is a true and correct copy of the Form 5500 for the Plan completed by U.S. Bancorp for the 2021 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraphs 37, 40, 41, and 98 of the FAC cite information from this Form 5500.

4. Attached as **Exhibit 3** is a true and correct copy of the Form 5500 for the Leidos, Inc. Retirement Plan completed by Leidos, Inc. for the 2021 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraph 99 of the FAC cites information from this Form 5500.

5. Attached as **Exhibit 4** is a true and correct copy of the Form 5500 for the General Dynamics Corporation 401(K) Plan 6.0 completed by General Dynamics Corporation for the 2021 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of

Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraph 99 of the FAC cites information from this Form 5500.

6. Attached as **Exhibit 5** is a true and correct copy of the Form 5500 for the FMR LLC Profit Sharing Plan completed by FMR LLC for the 2014 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraph 99 of the FAC cites information from this Form 5500.

7. Attached as **Exhibit 6** is a true and correct copy of the Form 5500 for the Fidelity Retirement Savings Plan completed by FMR LLC for the 2016 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraph 99 of the FAC cites information from this Form 5500.

8. Attached as **Exhibit 7** is a true and correct copy of the Form 5500 for the Fidelity Retirement Savings Plan completed by FMR LLC for the 2020 plan year and filed with the Department of Labor. The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov. *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1). Paragraph 99 of the FAC cites information from this Form 5500.

9. Attached as **Exhibit 8** is a true and correct copy of the Form 5500 for the Deloitte 401K Plan completed by Deloitte LLP for the 2021 plan year and filed with the

Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).  Paragraph 99 of the FAC cites information from this Form 5500.

   10. Attached as **Exhibit 9** is a true and correct copy of the Form 5500 for the Lowes 401(K) Plan completed by Lowes Companies, Inc. for the 2018 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).  Paragraph 99 of the FAC cites information from this Form 5500.

   11. Attached as **Exhibit 10** is a true and correct copy of the Stipulation of Fact in *Moitoso v. FMR LLC*, No. 1:18-cv-12122 (D. Mass.), ECF No. 138-67.  Paragraphs 63 and 100 of the FAC cite information from this Form 5500.

   12. Attached as **Exhibit 11** is a true and correct copy of the Fidelity Defendants Response to Plaintiffs' Response to Shell Defendants' Additional Notice of Supplemental Authority (Doc. 129) in *Harmon v. Shell Oil Co.*, No. 3:20-cv-21 (S.D. Tex. Mar. 1, 2021), ECF No. 134.

   13. Attached as **Exhibit 12** is a true and correct copy of the Form 5500 for the Verso Retirement Savings Plan for Bargained Employees completed by Verso Corporation for the 2021 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of

Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

14.     Attached as **Exhibit 13** is a true and correct copy of the Form 5500 for the AGFA Healthcare Corporation Employee Savings Plan completed by AGFA Healthcare Corporation for the 2018 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

15.     Attached as **Exhibit 14** is a true and correct copy of the Form 5500 for the Caterpillar 401(K) Retirement Plan completed by Caterpillar Inc. for the 2016 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

16.     Attached as **Exhibit 15** is a true and correct copy of the Form 5500 for the Caterpillar 401(K) Savings Plan completed by Caterpillar Inc. for the 2016 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

17.     Attached as **Exhibit 16** is a true and correct copy of the Form 5500 for the Citigroup 401K Plan completed by Citigroup Inc. for the 2015 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly

available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

18.     Attached as **Exhibit 17** is a true and correct copy of the Form 5500 for the J.C. Penney Corporation, Inc. Savings Profit-Sharing & Stock Ownership completed by J.C. Penney Corporation, Inc. for the 2015 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

19.     Attached as **Exhibit 18** is a true and correct copy of the Form 5500 for the Comcast Corporation Retirement-Investment Plan completed by Comcast Corporation for the 2019 plan year and filed with the Department of Labor.  The Form 5500 is a statutorily-required filing and is publicly available on the Department of Labor's website at www.efast.dol.gov.  *See* 29 U.S.C. § 1023(a)(1); 29 C.F.R. § 2520.103-1(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 2, 2023, in New York, NY.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa D. Hill*
　　　　　　　　　　　　　　　　　　　　　　Melissa D. Hill