UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANA L. DIONICIO and ALEJANDRO M. WESAW, individually, and as a representative of a Class of Participants and Beneficiaries of the U.S. Bank 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP, et al.,<br><br>Defendants. | Case No.  23-CV–0026 (PJS/JFD)<br><br><br>ORDER |

This matter is before the Court on plaintiffs' unopposed motion to withdraw Class Representative Wesaw.  ECF No. 138.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1. Plaintiffs' unopposed motion to withdraw Class Representative Wesaw [ECF No. 138] is GRANTED.

2. Alejandro M. Wesaw is withdrawn as a Class Representative in this action but shall remain a member of the certified class.

3. The case caption is amended to remove Mr. Wesaw's name as a named plaintiff.

4. The remaining Class Representative, Ana L. Dionicio, shall continue to

serve as the representative of the certified class, and all other aspects of the Court's March 17, 2025 Certification Order [ECF No. 109] shall remain in full force and effect.

Dated: January 8, 2026                    /s/ Patrick J. Schiltz
                                                                               Patrick J. Schiltz, Chief Judge
                                                                               United States District Court