## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ANA L. DIONICIO, individually, and as a representative of a Class of Participants and Beneficiaries of the U.S. Bank 401(k) Savings Plan,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. Bancorp, the Board of Directors of U.S. Bancorp, and U.S. Bancorp's Benefits Administration Committee and U.S. Bancorp's Investment Committee,<br><br>   Defendants. | Case No. 0:23-cv-00026-PJS-DLM |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT AGREEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Ana L. Dionicio ("Plaintiff") respectfully moves the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter, attached to the Declaration of Paul M. Secunda as **Exhibit 1**; (2) approve the proposed Notices and authorize distribution of the Notices to the Settlement Class, attached to the Settlement Agreement as **Exhibits A and B**; (3) to find that the previously certified class remains appropriate for settlement purposes; (4) approve the Plan of Allocation, attached to the Settlement Agreement as **Exhibit C**; (5) schedule a Final Approval Hearing; (6) enter the accompanying Preliminary Approval Order, attached to

the Settlement Agreement as **Exhibit D**; and (7) approve the CAFA letter notice, attached to the Settlement Agreement as **Exhibit F**.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement and Exhibits), the Declarations of Plaintiff, and all files, records, and proceedings in this matter.  Defendants do not oppose the relief requested by Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated: January 26, 2026                               Respectfully submitted,

**WALCHESKE & LUZI, LLC**

**s/ *Paul M. Secunda***
Paul M. Secunda (admitted *pro hac vice*)
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Phone: (414) 828-2372
Email: psecunda@walcheskeluzi.com

**CUMMINS & BONESTROO**

Amy R. Mason
363 5th Avenue North
200 Professional Bldg
Bayport, MN 55003
Phone: (612) 306-3808
Email: amason@cblawoffices.com

*Class Counsel for Plaintiffs and
Proposed Class*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically via the Court's ECF system in accordance with Local Civil Rule 5.1 on January 26, 2026. Accordingly, this document was served on each party who is a registered user of ECF.

*/s/ Paul M. Secunda*
Paul M. Secunda